ALLEN WAYNE SEAMSTER
REG. NO. 08723-509
FCI FLORENCE
FEDERAL CORR. INSTITUTION
P.O. BOX 6000
FLORENCE, CO 81226

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUN 2 1 2021

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

June 9, 2021

Mr. D. Mark Jones
Clerk of Court
U. S. District Court
District of Utah
Northern Division
351 S West Temple, Room 1.100
Salt Lake City, UT 84101

    RE:    *Seamster v. United States*
            Civil No. 1:21-cv-_____
            Crim No. 1:20-cr-00015-DBB-1

Dear Mr. Jones:

    Enclosed please find and accept for filing Movant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody and Memorandum of Law in Support thereof. Please submit these documents to the Court.

    Thank you for your assistance in this matter.

                                          Sincerely,

                                          *[signature]*
                                          ALLEN WAYNE SEAMSTER
                                          Appearing *Pro Se*

*Encl. as noted*