THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ALLEN WAYNE SEAMSTER,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | **MEMORANDUM DECISION & ORDER REGARDING MOTION TO PROCEED** *IN FORMA PAUPERIS* **ON APPEAL**<br><br>Case No. 1:21-cv-00093-DBB<br><br>District Judge David Barlow |

Petitioner, Allen Wayne Seamster, applies to proceed on appeal without prepaying the appellate filing fee.[1] However, Petitioner has not submitted three required pieces of information that would allow this Court to rule on his application: (1) "a *certified copy* of the trust fund account statement (or institutional equivalent) for the prisoner *for the 6-month period immediately preceding the filing of the complaint* . . . obtained from the appropriate official of each prison at which the prisoner is or was confined,"[2] (2) a completed affidavit including "a statement of all assets such [person] possesses *that [indicate] the person is unable to pay such fees or give security therefor*";[3] and (3) a statement of "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress."[4]

---

[1] *See* 28 U.S.C.S. § 1915 (2019).
[2] *See id.* § 1915(a)(2) (emphasis added).
[3] *See id.* § 1915(a)(1) (emphasis added).
[4] *See id.* § 1915(a)(1). *See also Valles v. Hansen*, 743 F. App'x 162, 165 (10th Cir. 2018) (citing *DeBardeleben v. Quinlan*, 937 F.2d 502, 505 (10th Cir. 1991) (requiring "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.").

IT IS ORDERED that Petitioner must within thirty days file with the Court a *certified* copy of his inmate-account statement, a *complete* application to proceed without prepaying fees or costs, and a document showing legally and *factually based, reasoned, nonfrivolous* arguments supporting his appellate challenges. If Petitioner does not fully comply, his application will be denied.

DATED this 27th day of January, 2022.

BY THE COURT:

_____
JUDGE DAVD BARLOW
United States District Court